**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News  Division**

**UNITED STATES OF AMERICA**

**v.**                                                                                        **4:04CR150**

**JERRY NATHANIEL REED**

    **Defendant.**

**REPORT AND RECOMMENDATION**
**CONCERNING GUILTY PLEA**

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to distribution of .491 gram of cocaine base in violation of 18 U.S.C. §§ 841(a)(1) and (b).

Defendant was represented by appointed counsel, Walter B. Dalton, Esquire.  On December 29, 2005, defendant appeared before the Court for the purpose of entering his guilty plea.  He was appropriate in appearance, responsive, and competently prepared for the hearing.

Defendant answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position.  At the close of the proceeding, defendant was continued in custody, pending sentencing.

Defendant is twenty-eight years of age, has a high school GED, and speaks English as his native language.  There was no evidence that

defendant was on drugs, alcohol, or medication which might impair his judgment. he was cooperative throughout the proceeding.

Defendant entered the guilty plea without a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                                /s/
**James E. Bradberry**
**United States Magistrate Judge**

**Norfolk, Virginia**

    **January 3**   , **2006**

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

      Walter B. Dalton, Esquire
      FPD Office
      Town Point Center, Ste. 403
      150 Boush Street
      Norfolk, VA 23510

      Robert E. Bradenham, II, Esquire
      Assistant United States Attorney
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510

                             Elizabeth H. Paret, Clerk

                             By _____
                                       Deputy Clerk

                           _____, 2006